

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

March 21, 2006

03-CR-00023 MSK

Clerk, United District Court
DISTRICT OF COLORADO
ROOM a 105
901 19TH STREET
DENVER, COLORADO, 80294-3589

Re:     Transfer to U.S. Magistrate Judge

Case No.  0506m-90

Case Title:  USA V SCOTT LEE KIMBAL

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:

- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☒ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other  nfpv (cja 23)

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  CORTEZ
Deputy Clerk

*cc: U.S. Attorney (Central District of California)*
*U.S. Attorney (Receiving district)*

Receipt of the above-described documents is acknowledged herewith and assigned case number:

Clerk, U.S. District Court

Date

By
Deputy Clerk

CR-48 (01/01)                    **LETTER RE: RULE 40 - TRANSFER OUT**

10



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

March 21, 2006

Clerk, United District Court
DISTRICT OF COLORAD0
ROOM a 105
901 19TH STREET
DENVER, COLORADO, 80294-3589

Re:    Transfer to U.S. Magistrate Judge

Case No.  0506m-90

Case Title:  USA V SCOTT LEE KIMBAL

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☒ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other  nfpv (cja 23)

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  CORTEZ
Deputy Clerk

*cc:  U.S. Attorney (Central District of California)*
*U.S. Attorney (Receiving district)*

Receipt of the above-described documents is acknowledged herewith and assigned  case number:

Clerk, U.S. District Court

By
Date                                              Deputy Clerk

CR-48 (01/01)                    **LETTER RE:  RULE 40 - TRANSFER OUT**

ORIGINAL

Name & Address
I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____ Deputy

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 5 2006

CENTRAL DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

0139

| United States of America | 
|---|---|
| PLAINTIFF(S) | **CASE NUMBER** ED 06-90M |
| v. | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| SCOTT LEE KIMBALL | District of   COLORADO |
| | At   DENVER |
| DEFENDANT(S) | *(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐  filing of a complaint before a U.S. Magistrate Judge
☐  an indictment by a Grand Jury
☒  a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about 11/05 thru 1/06 in the District of Origin, the defendant did: VIOLATION OF SUPERVISED RELEASE in violation of Title(s)   18  U.S.C., Section(s) 3583

The defendant has now:
☒  duly waived identity hearing before me on  3/15/06 .
☒  duly waived preliminary examination before me on  3/15/06 .
☐  had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐  had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
   ☐  Bail has been set at $_____ but has not been posted.
   ☐  No bail has been set.
   ☒  Permanent detention has been ordered.
   ☐  Temporary detention has been ordered.

_____3/15/06_____          _____
Date                             United States Magistrate Judge

**RETURN**

Received this commitment and designated prisoner on _____, and on _____
committed him to _____ and left with the custodian at the same
time a certified copy of the within temporary commitment.

MAR 2 0 2006

United States Marshal, Central District of California

_____          _____
Date                             Deputy

M-15 (08/99)          FINAL COMMITMENT AND WARRANT OF REMOVAL

P SEND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Scott Lee Kimball

DEFENDANT.

☐ LA  ☒ RS  ☐ SA                    ☐ UNDER SEAL
CASE NUMBER: _ED06-90 M_
☐ COMPLAINT          ☒ OUT OF DISTRICT AFFIDAVIT
☐ INDICTMENT         ☐ INFORMATION
☐ SUMMONS            ☐ EXTRADITION
☐ PSA/PO WARRANT
☐ SUPER FAST TRACK (Class B Misdemeanor)
FILED: _3-15-06_
VIOLATION: _18 USC 3583_

DATE: _3/15/06_        TIME: _3 PM_
TAPE NUMBER: _06-22 [51474-52575]_

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE _Parada_ | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: _M. Galvez_ _____ _Ray Aghain_ _____ _N/A_ _____
    _Deputy Clerk_      _Assistant U.S. Attorney_      _Interpreter / Language_

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
    ☐ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant states true name ☐ is as charged ☐ is _____
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: _Roge Pacheco_ ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution
    Ordered (see separate order) ☐ Special appearance by: _Moina Shiv_
☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☒ Defendant is ordered/☒ Permanently Detained ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $_____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK** ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the
    setting of further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for
    the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☒ Defendant executed Waiver of Rights. ☐ Process received.
☒ Court ORDERS defendant Held to Answer to _____ District of _Colorado at Denver_
    ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
    ☒ Warrant of removal and final commitment to issue. ☐ Warrant of removal and final commitment are ordered stayed
        until _____
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
    Type of Hearing: _____ Before Judge _____ Duty Magistrate Judge.
    Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
    RELEASE ORDER NO: _____
☒ Other: _Defendant submits to detention. Detention ordered without prejudice_

ENTERED
March 20, 2006
MARY (Duty Magistrate Judge)

    ☐ PSA      ☒ FINANCIAL      ☒ READY

cc: AUSA, Defendant's counsel
    ☐ PSALA, ☐ PSASA, ☒ PSAED, ☒ USPO
    **ORIGINAL -WHITE COPY**      **PINK - PIA CLERK**      **YELLOW - STATS**      **GREEN - CRD**

Deputy Clerk Initials _MV_
: _15_
(4)

GPO U.S. GPO: 2005-785-504/39158

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT C..
FILED
MAR 1 5 2006
CENTRAL DISTRICT OF CA..
BY

UNITED STATES OF AMERICA,

*Scott Lee Kimball*

v.

*Scott Lee Kimball*

Defendant

CASE NUMBER _ED 06-00090 M_

WAIVER OF RIGHTS
(OUT OF DISTRICT CASES)

I understand that charges are pending in the ___U.S___ District of ___Colorado___
alleging violation of ___Sup Ullion___ and that I have been arrested in this district
and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1)     have an identity hearing to determine whether I am the person named in the charges;
(2)     receive a copy of the charge(s) against me;

*-Check one only-*

[ ]     **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3)     have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4)     request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

[X]     **PROBATION OR SUPERVISED RELEASE CASES:**
(3)     have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

*I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:*

[X]     *have an identity hearing*
[X]     *receive a copy of the charge(s) against me*
[X]     *have a preliminary examination*
[ ]     *have an identity hearing, and I have been informed that I have no right to a preliminary examination*
[ ]     *have an identity hearing, but I request that a preliminary examination be held in the prosecuting district*

Defendant

Defense Counsel
ENTER ___ 2006

DATE: _3-15-06_

MAR 2 0 2006

United States Magistrate Judge

M-14( Rev. 1/03 )                    WAIVER OF RIGHTS (OUT OF DISTRICT CASES)



I hereby attest and certify on 3/21/06
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1122

MAR 1 5 2006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )      Case No. ED06-90-M
                                )
              Plaintiff,        )      ORDER OF DETENTION
                                )
        vs.                     )
                                )
Scott Lee Kimball               )
              Defendant.        )
_____)

On motion by the Government for pre-trial detention, the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant as required, ~~or the safety of any person or the community.~~

The Court has considered the nature and circumstances of the offenses; the weight of evidence against the defendant; the history and characteristics of the defendant; and the nature and seriousness of the danger to any person or the community.

The Court bases the foregoing findings on the defendant's stipulation to pre-trial detention and the Pretrial Services

/
/
/

ENTER ON ICMS

MAR 2 0 2006

1 Report/recommendation. ~~The defendant also has not rebutted by~~
2 ~~sufficient evidence to the contrary the presumption provided by~~
3 ~~statute.~~

*without prejudice*

4     IT IS THEREFORE ORDERED that defendant be detained prior to
5 trial.  IT IS FURTHER ORDERED that defendant be committed to the
6 custody of the Attorney General for confinement in a corrections
7 facility separate, to the extent practicable, from persons
8 awaiting or serving sentences or being held in custody pending
9 appeal; that defendant be affored reasonable opportunity for
10 private consultation with counsel; and that, on order of a Court
11 of the United States or on request of any attorney for the
12 Government, the person in charge of the corrections facility in
13 which defendant is confined deliver defendant to a United States
14 Marshal for the purpose of any appearance in connection with a
15 court proceeding.  This order is made without prejudice to
16 reconsideration.
17 DATED: _3/15/06_
18
19
20
21 HON.  **OSWALD PARADA**
UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

2

ORIGINAL

DEBRA WONG YANG
United States Attorney
JOHN C. RAYBURN, JR.
Assistant United States Attorney
Chief, Riverside Branch Office
RAYMOND O. AGHAIAN (State Bar No. 218294)
Assistant United States Attorney
     3880 Lemon Street, Ste. 210
     Riverside, California 92501
     Telephone:  (951) 276-6924
     Facsimile:  (951) 276-6202
     raymond.aghaian@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
MAR 15 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK                        1122

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. ED 06-90 M. |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF |
| | ) | REQUEST FOR DETENTION |
| v. | ) | |
| | ) | |
| SCOTT LEE KIMBALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, United States of America, by and through its
counsel of record, hereby requests detention of defendant and
gives notice of the following material factors:

____    1.    Temporary 10-day Detention Requested (§ 3142(d))

             on the following grounds:

____    a.  offense committed while defendant was on

             release pending (felony trial), (sentencing)

             (appeal) or on (probation) (parole);

____    b.  alien not lawfully admitted for permanent

             residence;

____    c.  flight risk;

ENTER ON CMS
MAR 20 2006
5

1  _____    d.  danger to community.

2  ___    2.  <u>Pretrial Detention Requested (§ 3142(e)) because</u>

3         <u>no condition or combination of conditions will</u>

4         <u>reasonably assure against</u>:

5  _____    a.  Danger to any other person or the community;

6  _____    b.  Flight.

7  __X__    3.  <u>Detention Requested Pending Supervised</u>

8         <u>Release/Probation Revocation Hearing (Rules</u>

9         <u>32.1, 46, § 3143) because defendant cannot</u>

10        <u>establish a condition or combination of</u>

11        <u>conditions that will reasonably assure against</u>:

12  __X__  a.  Danger to any other person or the community;

13  __X__  b.  Flight.

14  ___    4.  <u>Presumptions Applicable to Pretrial Detention</u>

15        <u>(18 U.S.C. § 3142(e))</u>:

16  _____    a.  Title 21 offense with 10-year or greater

17         maximum penalty (presumption of danger to

18         community and flight risk);

19  _____    b.  firearm used or carried during offense (18

20         U.S.C. § 924(c)) (presumption of danger to

21         community and flight risk);

22  _____    c.  offense under Maritime Drug Law Enforcement

23         Act (46 U.S.C. App. 1901 et seq.)

24         (presumption of danger to community and

25         flight risk);

26

27

28

1     ____   d.   defendant currently charged with (I) crime of

2     violence, (II) offense with maximum sentence

3     of life imprisonment or death,(III) Title 21

4     offense with ten year or greater maximum

5     sentence, or (IV) state or local offense that

6     would qualify under I, II, or III if federal

7     jurisdiction were present, _and_ defendant was

8     previously convicted of a crime listed in I,

9     II, or III committed while on release pending

10     trial, _and_ the current offense was committed

11     within five years of conviction or release

12     from prison on the above-described previous

13     conviction (presumption of danger to

14     community).

15   __X__   5.   <u>Government is Entitled to Detention Hearing</u>

16     <u>Under § 3142(f) Based on the Following</u>:

17     ____   a.   crime of violence (defined in 18 U.S.C. §

18     3156);

19     ____   b.   maximum sentence is life imprisonment or

20     death;

21     ____   c.   Title 21 offense with maximum sentence of ten

22     years or more;

23     ____   d.   instant offense is felony and defendant has

24     two or more convictions for a crime set forth

25     in a-c above or for an offense under state or

26     local law that would qualify under a, b, or c

27     if federal jurisdiction were present;

28

1    __X__ e.  serious risk of flight;

2    _____ f.  serious risk of (obstructing justice or

3              attempting to obstruct justice)(threatening,

4              injuring, or intimidating witness or juror,

5              or attempting to do so).

6    _____ 6.  Government requests continuance of _____ days

7              for detention hearing based upon the following

8              reason: _____

9              _____

10             _____

11   _____ 7.  Good cause for continuance in excess of three

12             days exists in that:

13             _____

14             _____

15             _____

16   DATED: March 15 , 2006.        Respectfully submitted,

17                                  DEBRA WONG YANG
                                    United States Attorney

18

19

20                                  RAYMOND O. AGHAIAN
                                    Assistant United States Attorney

21

22                                  Attorneys for Plaintiff
                                    United States of America

23

24

25

26

27

28

4

Prob 19
(7/03)

# United States District Court
## for the
## District of Colorado

D2743- 046

72194

U.S.A. vs SCOTT LEE KIMBALL                    Docket No. 03-cr-00023-MSK-01

TO: [1] Any United States Marshal or any other authorized officer.

## ED 06 - 00090 M

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |

| NAME OF SUBJECT SCOTT LEE KIMBALL | SEX Male | RACE White | AGE 39 |
|---|---|---|---|
| ADDRESS(STREET, CITY, STATE) 14701 North Huron, #B, Broomfield, CO 80020 | | | |
| SENTENCE IMPOSED BY (NAME OF COURT) The Honorable Marcia S. Krieger, U.S. District Judge | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) The Honorable Marcia S. Krieger, U.S. District Judge, Denver, Colorado | | | |
| CLERK GREGORY C. LANGHAM | (BY) DEPUTY CLERK M. J. Gama | | DATE 2/6/06 |

I certify on 3/11/06 ... document is a full, true ... copy of the original on file in ... and in my legal custody.
... U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK
1122

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

ENTER ON ICMS

MAR 17 2006

06 FEB -7 P ...

DISTRICT OF COLORADO

3

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Colorado;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PROB 12
(02/05-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U. S. A. vs. SCOTT LEE KIMBALL          Docket Number: 03-cr-00023-MSK

### Petition for Issuance of Arrest Warrant for Violation of Supervised Release

COMES NOW, Gary W. Phillips, probation officer of the court, presenting an official report upon the conduct and attitude of Scott Lee Kimball who was placed on supervision by the Honorable Marcia S. Krieger sitting in the court at Denver, Colorado, on the 1st day of December, 2003, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall continue in his current course of mental health treatment until released by the treating physician. The defendant will be required to pay the cost of treatment as directed by the probation officer. The court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment. The Probation Officer shall have no role in determining the length or duration of treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for violations of supervised release and that the petition and warrant be sealed until the arrest of the defendant.

### ORDER OF THE COURT

Considered and ordered this 3rd day of February, 2006, and ordered filed under seal and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Gary W. Phillips
Gary W. Phillips
Senior Probation Officer

s/Marcia S. Krieger
Marcia S. Krieger
United States District Judge

Place: Denver, Colorado

Date: February 2, 2006

Attachment

Attached hereto as Exhibit A and incorporated by reference is a true copy of the conditions of supervised release signed by the defendant on December 1, 2003, and February 6, 2004, acknowledging that the conditions have been read to him, that he fully understood the conditions, and that he had been given a copy of them. The term of supervised release commenced on December 1, 2003.

The defendant has committed the following violation of supervised release:

### 1.   FAILURE TO REPORT TO THE PROBATION OFFICER AS DIRECTED:

On or about January 20, and January 24, 2006, the defendant was directed to report to the probation officer on January 23, and January 27, respectively, and he failed to so report, which constitutes a Grade C violation of probation.

This charged is based on the following facts:

On January 18, 2006, I called the defendant's cell number and the number was disconnected. On January 20, 2006, I conducted a home visit to the defendant's residence at 12632 Flagg Drive, Lafayette, Colorado, and left a business card on his door instructing him to call me on January 23, 2006, to schedule an office visit that date. The defendant failed to call or report in person as directed. On January 24, 2006, I mailed a certified letter to the defendant's residence instructing him to report on January 27, 2006, at 10:00 a.m. The defendant failed to report as directed.

### 2.   FAILURE TO NOTIFY OFFICER OF CHANGE IN RESIDENCE:

On or about January 13, 2006, the defendant moved from his residence at 12632 Flagg Drive, Lafayette, Colorado, and failed to notify the probation officer of this change 10 days prior to the move, which constitutes a Grade C violation of probation.

This charged is based on the following facts:

On January 24, 2006, I spoke with the defendant's estranged wife, Lori Kimball, who had been residing with the defendant at 12632 Flagg Drive, Lafayette, Colorado. She told me the defendant left the residence on January 13, 2006, and she has not seen him since. She also said that three Lafayette Police Department Officers came by their residence looking for the defendant on January 13, 2006, therefore, she does not believe he will return to the residence. On February 2, 2006, I again contacted the defendant's estranged wife who told me that he has not returned to the above-referenced residence since January 13, 2006. The defendant's whereabouts are currently unknown.

### 3.   LEAVING THE DISTRICT WITHOUT PERMISSION:

On or about November 18, 2005, the defendant left the District of Colorado and traveled to the Central District of California without permission of the probation officer or the court, which constitutes a Grade C violation of probation.

This charged is based on the following facts:

On November 21, 2005, I called the defendant's cell phone and instructed him to report to the Probation Office on November 22, 2005. The defendant reported to the Probation Office on November 22, 2005, and said that he knew why I had instructed him to report this date. He advised that he told his estranged wife, Lori Kimball, that he was going to California with his girlfriend for the week of Thanksgiving, knowing she would call the Probation Officer in an attempt to get him in trouble. Without prompting, the defendant provided two receipts from stores in the Denver area dated November 21, 2005, to try to convince me that he was actually in the Denver area. After the defendant left my office I contacted the Bureau of Immigration and Customs (BICE) at Denver International Airport who confirmed that he had purchased a round-trip airline ticket leaving Orange County, California, at 1750 hours on November 21, 2005, en route to Denver, Colorado. I also confirmed with BICE that the defendant was on the return flight from Denver to Orange County, California, which left Denver on November 22, 2005, at 1750 hours.

I was not able to confront the defendant regarding his unauthorized travel out the District until December 28, 2005, due to his involvement in a car accident earlier in the month. The defendant reported to the Probation Office on December 28, 2005, and admitted to traveling during Thanksgiving week (2005) to his brother's residence in California. The defendant said that he made an impulsive decision to travel without first getting permission from me to travel. The defendant also noted on his November 2005, monthly supervision report that he submitted on December 28, 2005, that he had traveled out of District without permission.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Date:      February 6, 2006

Case Number:   03-cr-00023-MSK

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the  was served on 2/6/06 by M.J. Garcia:

___X___   delivered to:

U.S. Marshall
Probation Department
AUSA

And

_____   deposited the same in the United States Mail, postage prepaid, addresses to:

GREGORY C. LANGHAM, CLERK

By:   s/M.J. Garcia

M.J. Garcia, Deputy Clerk

FILED

I hereby attest and certify on 3/21/06
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

06 MAR 15 AM 10: 10

U.S. DISTRICT COURT
RIVERSIDE, CALIF.

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Scott Lee Kimball

DEFENDANT(S).

CASE NUMBER

ED 06 - 00090 M

03 CR 00023-MSK-01

AFFIDAVIT RE

OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by:

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Bench warrant for:  ☐ Probation Violation
☐ Failure to Appear

in the _____ District of _Colorado_ on _Denver_ at _____

_____ a.m./p.m.  The offense was allegedly committed on or about _1/24/06_ _____

in violation of Title _18_ U.S.C., Section(s) _3583_ to wit: _____

_Supervised Release Violation_

A warrant for defendant's arrest was issued by:   ☐ Magistrate Judge   _Marcia S._
☒ District Judge

Bond of $ _Not addressed_ was:  ☐ Set  ☐ Recommended

Type of Bond: ☐ Personal Recognizance  ☐ Appearance  ☐ Corporate Surety  ☐ Unknown or Unspecified

Relevant document(s) on hand (attach): _____

ENTER ON ICMS

MAR 17 2006

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my

_____
Signature of Agent

_Lewis_
Print Last Name

presence on _3/15/06_
Date

_____
Deputy Clerk

_DUSM_
Agency and Title

Prob 19
(7/03)

# United States District Court
## for the
## District of Colorado

D2743- 046
72194

U.S.A. vs SCOTT LEE KIMBALL          Docket No. 03-cr-00023-MSK-01

TO: [1] Any United States Marshal or any other authorized officer

ED 06 - 00090 M

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |
|---|

You are hereby commanded to arrest the within-named defendant and bring him or her forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT SCOTT LEE KIMBALL | SEX Male | RACE White | AGE 39 |
|---|---|---|---|

ADDRESS(STREET, CITY, STATE)

14701 North Huron, #B, Broomfield, CO 80020

SENTENCE IMPOSED BY (NAME OF COURT)
The Honorable Marcia S. Krieger, U.S. District Judge

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
The Honorable Marcia S. Krieger, U.S. District Judge, Denver, Colorado

| CLERK GREGORY C. LANGHAM | (BY) DEPUTY CLERK M. J. Garcia | DATE 2/6/06 |
|---|---|---|

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

FILED

06 FEB -7 P 1:

DISTRICT OF
COLORADO

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for the District of Colorado;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PROB 12
(02/05-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U. S. A. vs. SCOTT LEE KIMBALL                    Docket Number: 03-cr-00023-MSK

### Petition for Issuance of Arrest Warrant for Violation of Supervised Release

COMES NOW, Gary W. Phillips, probation officer of the court, presenting an official report upon the conduct and attitude of Scott Lee Kimball who was placed on supervision by the Honorable Marcia S. Krieger sitting in the court at Denver, Colorado, on the 1st day of December, 2003, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.    The defendant shall continue in his current course of mental health treatment until released by the treating physician. The defendant will be required to pay the cost of treatment as directed by the probation officer. The court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment. The Probation Officer shall have no role in determining the length or duration of treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for violations of supervised release and that the petition and warrant be sealed until the arrest of the defendant.

### ORDER OF THE COURT

Considered and ordered this 3rd day of February, 2006, and ordered filed under seal and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Gary W. Phillips
_____
Gary W. Phillips
Senior Probation Officer

s/Marcia S. Krieger
_____
Marcia S. Krieger
United States District Judge

Place: Denver, Colorado

Date: February 2, 2006

Attachment

Attached hereto as Exhibit A and incorporated by reference is a true copy of the conditions of supervised release signed by the defendant on December 1, 2003, and February 6, 2004, acknowledging that the conditions have been read to him, that he fully understood the conditions, and that he had been given a copy of them. The term of supervised release commenced on December 1, 2003.

The defendant has committed the following violation of supervised release:

1.   **FAILURE TO REPORT TO THE PROBATION OFFICER AS DIRECTED:**

On or about January 20, and January 24, 2006, the defendant was directed to report to the probation officer on January 23, and January 27, respectively, and he failed to so report, which constitutes a Grade C violation of probation.

This charged is based on the following facts:

On January 18, 2006, I called the defendant's cell number and the number was disconnected. On January 20, 2006, I conducted a home visit to the defendant's residence at 12632 Flagg Drive, Lafayette, Colorado, and left a business card on his door instructing him to call me on January 23, 2006, to schedule an office visit that date. The defendant failed to call or report in person as directed. On January 24, 2006, I mailed a certified letter to the defendant's residence instructing him to report on January 27, 2006, at 10:00 a.m. The defendant failed to report as directed.

2.   **FAILURE TO NOTIFY OFFICER OF CHANGE IN RESIDENCE:**

On or about January 13, 2006, the defendant moved from his residence at 12632 Flagg Drive, Lafayette, Colorado, and failed to notify the probation officer of this change 10 days prior to the move, which constitutes a Grade C violation of probation.

This charged is based on the following facts:

On January 24, 2006, I spoke with the defendant's estranged wife, Lori Kimball, who had been residing with the defendant at 12632 Flagg Drive, Lafayette, Colorado. She told me the defendant left the residence on January 13, 2006, and she has not seen him since. She also said that three Lafayette Police Department Officers came by their residence looking for the defendant on January 13, 2006, therefore, she does not believe he will return to the residence. On February 2, 2006, I again contacted the defendant's estranged wife who told me that he has not returned to the above-referenced residence since January 13, 2006. The defendant's whereabouts are currently unknown.

3.   **LEAVING THE DISTRICT WITHOUT PERMISSION:**

On or about November 18, 2005, the defendant left the District of Colorado and traveled to the Central District of California without permission of the probation officer or the court, which constitutes a Grade C violation of probation.

This charged is based on the following facts:

On November 21, 2005, I called the defendant's cell phone and instructed him to report to the Probation Office on November 22, 2005. The defendant reported to the Probation Office on November 22, 2005, and said that he knew why I had instructed him to report this date. He advised that he told his estranged wife, Lori Kimball, that he was going to California with his girlfriend for the week of Thanksgiving, knowing she would call the Probation Officer in an attempt to get him in trouble. Without prompting, the defendant provided two receipts from stores in the Denver area dated November 21, 2005, to try to convince me that he was actually in the Denver area. After the defendant left my office I contacted the Bureau of Immigration and Customs (BICE) at Denver International Airport who confirmed that he had purchased a round-trip airline ticket leaving Orange County, California, at 1750 hours on November 21, 2005, en route to Denver, Colorado. I also confirmed with BICE that the defendant was on the return flight from Denver to Orange County, California, which left Denver on November 22, 2005, at 1750 hours.

I was not able to confront the defendant regarding his unauthorized travel out the District until December 28, 2005, due to his involvement in a car accident earlier in the month. The defendant reported to the Probation Office on December 28, 2005, and admitted to traveling during Thanksgiving week (2005) to his brother's residence in California. The defendant said that he made an impulsive decision to travel without first getting permission from me to travel. The defendant also noted on his November 2005, monthly supervision report that he submitted on December 28, 2005, that he had traveled out of District without permission.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Date:        February 6, 2006

Case Number:   03-cr-00023-MSK

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the  was served on 2/6/06 by M.J. Garcia:

___X___   delivered to:

U.S. Marshall
Probation Department
AUSA

And

_____   deposited the same in the United States Mail, postage prepaid, addresses to:

GREGORY C. LANGHAM, CLERK

By:   s/M.J. Garcia

M.J. Garcia, Deputy Clerk

PROB 12
(02/05-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U. S. A. vs. SCOTT LEE KIMBALL               Docket Number: 03-cr-00023-MSK

### Petition for Issuance of Arrest Warrant for Violation of Supervised Release

COMES NOW, Gary W. Phillips, probation officer of the court, presenting an official report upon the conduct and attitude of Scott Lee Kimball who was placed on supervision by the Honorable Marcia S. Krieger sitting in the court at Denver, Colorado, on the 1ˢᵗ day of December, 2003, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.   The defendant shall continue in his current course of mental health treatment until released by the treating physician. The defendant will be required to pay the cost of treatment as directed by the probation officer. The court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment. The Probation Officer shall have no role in determining the length or duration of treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for violations of supervised release and that the petition and warrant be sealed until the arrest of the defendant.

### ORDER OF THE COURT

Considered and ordered this 3ᵗᵈ day of February, 2006, and ordered filed under seal and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Gary W. Phillips
_____
Gary W. Phillips
Senior Probation Officer

s/Marcia S. Krieger
_____
Marcia S. Krieger
United States District Judge

Place: Denver, Colorado

Date: February 2, 2006

MAR 14 2006 15:24 PM

## Attachment

Attached hereto as _Exhibit A_ and incorporated by reference is a true copy of the conditions of supervised release signed by the defendant on December 1, 2003, and February 6, 2004, acknowledging that the conditions have been read to him, that he fully understood the conditions, and that he had been given a copy of them. The term of supervised release commenced on December 1, 2003.

The defendant has committed the following violation of supervised release:

1.   **FAILURE TO REPORT TO THE PROBATION OFFICER AS DIRECTED:**

On or about January 20, and January 24, 2006, the defendant was directed to report to the probation officer on January 23, and January 27, respectively, and he failed to so report, which constitutes a Grade C violation of probation.

This charged is based on the following facts:

On January 18, 2006, I called the defendant's cell number and the number was disconnected. On January 20, 2006, I conducted a home visit to the defendant's residence at 12632 Flagg Drive, Lafayette, Colorado, and left a business card on his door instructing him to call me on January 23, 2006, to schedule an office visit that date. The defendant failed to call or report in person as directed. On January 24, 2006, I mailed a certified letter to the defendant's residence instructing him to report on January 27, 2006, at 10:00 a.m. The defendant failed to report as directed.

2.   **FAILURE TO NOTIFY OFFICER OF CHANGE IN RESIDENCE:**

On or about January 13, 2006, the defendant moved from his residence at 12632 Flagg Drive, Lafayette, Colorado, and failed to notify the probation officer of this change 10 days prior to the move, which constitutes a Grade C violation of probation.

This charged is based on the following facts:

On January 24, 2006, I spoke with the defendant's estranged wife, Lori Kimball, who had been residing with the defendant at 12632 Flagg Drive, Lafayette, Colorado. She told me the defendant left the residence on January 13, 2006, and she has not seen him since. She also said that three Lafayette Police Department Officers came by their residence looking for the defendant on January 13, 2006, therefore, she does not believe he will return to the residence. On February 2, 2006, I again contacted the defendant's estranged wife who told me that he has not returned to the above-referenced residence since January 13, 2006. The defendant's whereabouts are currently unknown.

3.   **LEAVING THE DISTRICT WITHOUT PERMISSION:**

On or about November 18, 2005, the defendant left the District of Colorado and traveled to the Central District of California without permission of the probation officer or the court, which constitutes a Grade C violation of probation.

This charged is based on the following facts:

On November 21, 2005, I called the defendant's cell phone and instructed him to report to the Probation Office on November 22, 2005. The defendant reported to the Probation Office on November 22, 2005, and said that he knew why I had instructed him to report this date. He advised that he told his estranged wife, Lori Kimball, that he was going to California with his girlfriend for the week of Thanksgiving, knowing she would call the Probation Officer in an attempt to get him in trouble. Without prompting, the defendant provided two receipts from stores in the Denver area dated November 21, 2005, to try to convince me that he was actually in the Denver area. After the defendant left my office I contacted the Bureau of Immigration and Customs (BICE) at Denver International Airport who confirmed that he had purchased a round-trip airline ticket leaving Orange County, California, at 1750 hours on November 21, 2005, en route to Denver, Colorado. I also confirmed with BICE that the defendant was on the return flight from Denver to Orange County, California, which left Denver on November 22, 2005, at 1750 hours.

I was not able to confront the defendant regarding his unauthorized travel out the District until December 28, 2005, due to his involvement in a car accident earlier in the month. The defendant reported to the Probation Office on December 28, 2005, and admitted to traveling during Thanksgiving week (2005) to his brother's residence in California. The defendant said that he made an impulsive decision to travel without first getting permission from me to travel. The defendant also noted on his November 2005, monthly supervision report that he submitted on December 28, 2005, that he had traveled out of District without permission.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Date:        February 6, 2006

Case Number:   03-cr-00023-MSK

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the  was served on 2/6/06 by M.J. Garcia:

___X___ delivered to:

U.S. Marshall
Probation Department
AUSA

And

_____ deposited the same in the United States Mail, postage prepaid, addresses to:

GREGORY C. LANGHAM, CLERK

By:   s/M.J. Garcia

M.J. Garcia, Deputy Clerk

FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

2006 MAR 15   AM 10: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Scott Lee Kimball

DEFENDANT(S).

CASE NUMBER

ED 06-F- 00090 M
CR- 03-CR00023-MSK-01

REPORT COMMENCING CRIMINAL ACTION

TO:   CLERK'S OFFICE. U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1)   Date and time of arrest   3/14/06  1853 hrs   a.m./p.m.

2)   Charges under which defendant has been booked at the San Bernardino Sheriff's Detention Center (CDC)

18 USC 3583 Supervised Release Violation

3)   Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

4)   U.S. Citizen:   ☒ Yes   ☐ No   ☐ Unknown

5)   Date of Birth: ⬛/⬛/⬛6

6)   The defendant is:   ☒ Presently in custody on this charge.
                                   ☐ At liberty on bond posted before a Magistrate Judge.
                                   ☐ At liberty and warrant is requested.
          Federal   ☐ In custody on another conviction.
          State   ☐ In custody awaiting trial on these charges.

7)   Place of detention (if out-of-district):_____

8)   Date detainer placed on defendant:_____

9)   This is a re-prosecution of previously dismissed charges.  (Docket/Case No._____ ENTER ON ICMS )

10)   Name of Pretrial Services Officer:_____ Duty

11)   Remarks (if any):_____

MAR 17 2006

12)   Date: 3/15/06

13)   _____
        Signature

14)   Lewis
        Name

15)   DUSM
        Title

TERMED

U.S. District Court
Central District of California (Eastern Div.)

CRIMINAL DOCKET FOR CASE #: 06-M -90-ALL

USA v. Kimball                                        Filed: 03/15/06
Dkt# in other court: None

Case Assigned to:   Duty Magistrate

SCOTT LEE KIMBALL (1)
      defendant
  [term  03/15/06]


Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints                            Disposition

Defendant in violation of             Court orders defendant held to
18:3583                               answer to the District of
                                      Colorado at Denver
                                      (-1)



U. S. Attorneys:

    NONE



Docket as of March 22, 2006 10:01 am              Page 1

Proceedings include all events.                              TERMED
5:06m 90-ALL USA v. Kimball

3/15/06   1      REPORT COMMENCING CRIMINAL ACTION as to Scott Lee Kimball
                 arrested on 3/14/06. Defendant's  date of birth: 1966. (vc)
                 [Entry date 03/17/06]

3/15/06   2      AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to Scott Lee
                 Kimball , originating in the USDC, District of Colorado at
                 Denver.  Defendant charged  in violation of: 18:3583. Signed
                 by agent Lewis DUSM. (vc) [Entry date 03/17/06]
                 [Edit date 03/17/06]

3/15/06   3      DEFENDANT Scott Lee Kimball  arrested on warrant issued
                 from USDC,  District of Colorada at Denver. (vc)
                 [Entry date 03/17/06]

3/15/06   4      MINUTES OF ARREST ON O/D WARRANT held  before Magistrate
                 Judge Oswald Parada as to Scott Lee Kimball : Defendant
                 arraigned and states   true name as charged.  DFPD attorney
                 Moina Shiv appointed. Court orders Scott Lee Kimball
                 permanently detained.Defendant executed waiver of rights.
                  Court orders Scott Lee Kimball held to answer to USDC,
                 District of Colorado at Denver. Warrant of removal and
                 final commitment to issue. Defendant committed to the
                 custody of the U. S. Marshal.  Other: Defendant submits
                 to detention. Detention ordeeded without prejudice. Tape
                 No.: 06-22 (vc) [Entry date 03/20/06]

3/15/06   5      NOTICE OF REQUEST FOR DETENTION filed by USA  as to Scott
                 Lee Kimball. (vc) [Entry date 03/20/06]

3/15/06   6      ORDER OF DETENTION  by Magistrate Judge Oswald Parada as to
                 Scott Lee Kimball  (cc: all counsel) (vc)
                 [Entry date 03/20/06]

3/15/06   7      FINANCIAL AFFIDAVIT filed as to Scott Lee Kimball (vc)
                 [Entry date 03/20/06]

3/15/06   8      WAIVER OF RULE 40 HEARINGS filed by Scott Lee Kimball ,
                 waiving Identity hearing. (vc) [Entry date 03/20/06]

3/15/06   9      FINAL COMMITMENT AND WARRANT OF REMOVAL  by Magistrate
                 Judge Oswald Parada as to Scott Lee Kimball , to USDC,
                 District of Colorado at Denver. (vc) [Entry date 03/20/06]

3/21/06   10     REMARK Fwd copies of the entire case and docket sheet to
                 the District of Colorada at Denver filed as to Scott Lee
                 Kimball (seal) [Entry date 03/21/06]