UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CRAIG B. SHAFFER | Lucy Kenyon |
| U.S. MAGISTRATE JUDGE | Deputy Clerk |
| Case Number: 03-cr-00023-MKS- | FTR |
| Date: MARCH 30, 2006 | |
| UNITED STATES OF AMERICA | William Taylor |
| v. | |
| SCOTT LEE KIMBALL | Robert Berger |

PRELIMINARY AND DETENTION HEARING ON SUPERVISED RELEASE VIOLATION

Court in Session:   10:30 a.m.

Court calls case and appearances.   Gary Phillips is present from Probation.

Defendant tenders a waiver of preliminary hearing.
Defendant advised of all conditions of the waiver.

**ORDERED:**
- waiver found to be knowing and voluntary;
- waiver accepted;
- matter bound over for further proceedings;
- counsel sent to chambers for the next hearing date;

**DETENTION**

Defendant is not contesting detention.

Defendant advised of his right to a detention hearing.

PAGE TWO
03-CR-00023-MSK-1

**ORDERED:**

- based upon the statement of the defendant he is not contesting detention;

- no conditions or a combination of conditions can be imposed;

- defendant shall be detained pending final resolution of this case;

- Defendant remanded to custody.

Court in Recess:   10:45 a.m.

Hearing Concluded
Time: 15 minutes

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03 CR 00023-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Scott Kimball

    Defendant.

---

### WAIVER OF PRELIMINARY HEARING BY DEFENDANT ON SUPERVISED RELEASE

---

I have been advised of my right to have a preliminary hearing, pursuant to Fed.R.Crim.P. 32.1, in conjunction with the petition to revoke my supervised released. Having been advised of my rights, I do hereby voluntarily waive my right to have a preliminary hearing.

DATED at Denver, Colorado this __30__ day of __March__, __2006__.

_____
Defendant

_____
Counsel for Defendant