IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**CRAIG B. SHAFFER**

Courtroom Deputy: Nel Steffens

Case No.: 03-cr-00023-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SCOTT KIMBALL

        Defendant.

FTR: CBS PM
Date: March 27, 2006

Habib Nasrullah for William Taylor

Not present

_____

### INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION
_____

Court in session: 1:46 p.m.

Court calls case and appearances. Sue Heckman present from Probation. Defendant is present in custody.

Defendant is advised of all rights, charges, and possible penalties.
Defendant tenders a financial affidavit and requests court-appointed counsel.

**ORDERED:**
- Counsel from the Criminal Justice Act panel is appointed to represent the defendant, specifically Ken Eichner who has previously represented the defendant.

Government is seeking detention.

**ORDERED:**
- Preliminary and Detention hearing is set for **March 30, 2006 at 10:00 a.m.**
- Defendant is remanded to the custody of the U.S. Marshal.

Court in recess: 1:58 p.m.
Hearing concluded.
Hearing duration: 12 minutes