UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00023-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SCOTT LEE KIMBALL,

       Defendant.

_____

**ORDER**
_____

       THIS MATTER comes before the Court on the government's Motion for Permission to Obtain Sealed Transcripts (Motion) **(#64)** filed May 6, 2008. The government asks this Court for permission to have a copy of the sealed transcripts in this case. Having reviewed the Motion,

       **IT IS ORDERED** that the Motion is **GRANTED**. The government, as a party, is hereby allowed to have a copy of the sealed transcripts. This matter remains, however, otherwise sealed.

       DATED this 6th day of May, 2008.

                                            **BY THE COURT:**

                                            *[signature]*
                                            _____

                                            Marcia S. Krieger
                                            United States District Judge