IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-CR-00023-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SCOTT LEE KIMBALL,

    Defendant.

_____

**SEALED REPORTER'S TRANSCRIPT**
(Hearing Re Supervised Release)

_____

    Proceedings before the HONORABLE MARCIA S. KRIEGER, Judge, United States District Court for the District of Colorado, commencing at 8:04 a.m., on the 29th day of October, 2004, in Courtroom A901, United States Courthouse, Denver, Colorado.

**APPEARANCES**

    JOSEPH URBANIAK, Assistant U.S. Attorney, 1225 17th Street, Suite 700, Denver, Colorado, 80202, appearing for the plaintiff.

    KENNETH EICHNER, Attorney at Law, 1776 Lincoln Street, Suite 1010, Denver, Colorado, 80203, appearing for the defendant.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Paul Zuckerman, 1929 Stout Street, P.O. Box 3563, Denver, Colorado, 80294, (303) 629-9285

1          (In open court at 8:04 a.m.)

2               THE COURT:  Please be seated.

3          Good morning.  The Court is convened this morning in

4     Case No. 03-CR-0023.  This is the United States of America vs.

5     Scott Lee Kimball.  The matter is set down on a law and motion

6     hearing with regard to terms of supervised release.

7               Is there a motion to close this proceeding?

8          MR. URBANIAK:  There is, your Honor.

9               THE COURT:  Any objection?

10         MR. EICHNER:  None.

11              THE COURT:  All right.  Then I ask everyone who is not

12    court personnel or a party here to please leave the courtroom.

13    The proceeding will be closed, and Ms. Nelson will lock the

14    courtroom doors.

15         All right.  I have a motion here to authorize

16    Mr. Kimball to cooperate with the Government.  Can you tell me

17    what you'd like him to do?

18         MR. URBANIAK:  Your Honor, I -- I've talked to counsel

19    about this.  I don't think I should be here, and for this

20    reason:  Mr. Taylor is out of the office, asked me very

21    recently to handle this matter.  I talked to the case agent,

22    who is involved in the investigation which this concerns, and

23    asked him this morning -- I haven't had any time to talk to him

24    recently -- what new has come up and who would they want the

25    defendant here to cooperate against.  I just happen to have

1    that other case and that defendant, which would be the primary

2    object; and these are real ticklish matters.

3         THE COURT:  Yep.

4         MR. URBANIAK:  This is involving me trying to engineer

5    something to contact a represented party.  Now, these are

6    difficult issues.  I've had another one recently where I had to

7    call the Department of Justice and have the section that is

8    supposedly expert in such matters to give me an opinion and

9    allow me to do it.  And what they always say is you build a

10   Chinese wall between yourself and the other prosecutors, you

11   don't know what's going on, and all that.

12         And this one I did know a year and a half ago that one

13   of the people he was talking to was that.  And I thought maybe

14   something had changed from that time, but apparently the main

15   person they want him to talk to is a person that I have a case

16   against before Judge Daniel.  And he's not just a secondary or

17   minor figure defendant, he's one of the main defendants in the

18   case.

19         And in view of that, I would ask the Court to consider

20   putting this matter over until Mr. Taylor can do this, because

21   we had some discussion even before Mr. Troyer left that I was

22   not to be involved in this.  And then at this last minute, I

23   thought maybe something had changed a little more.  But when I

24   hear today that the main object in this investigation is

25   someone I'm doing, I'm getting a little skittish about it.

1          *THE COURT:*  I think I have overlooked having everyone

2     enter their appearances, so let's do that and then let me deal

3     with this issue.

4          *MR. URBANIAK:*  Yes, your Honor.  My name is Joseph T.

5     Urbaniak Jr., Assistant United States Attorney, appearing on

6     behalf of the Government.

7          *MR. EICHNER:*  Good morning, your Honor.  Kenneth

8     Eichner of the Eichner law firm on behalf of Mr. Kimball, who

9     is present today.

10          *THE COURT:*  Thank you.

11          Mr. Eichner, Mr. Urbaniak has asked to have this

12     matter put over.  What's your position?

13          *MR. EICHNER:*  Oh, I have no objection.

14          *THE COURT:*  Do you have your calendars available?

15          And let me ask you, Mr. Urbaniak:  Do you have

16     Mr. Taylor's calendar available?

17          *MR. URBANIAK:*  It's not, but I think he can be here in

18     view of his position, or whatever.  If he's on a vacation now,

19     or whatever, I don't think there would be another one anytime

20     soon.

21          *THE COURT:*  How long do you think we need for this

22     hearing?

23          *MR. URBANIAK:*  I wouldn't think more than an hour at

24     the most.

25          *THE COURT:*  And how long do you want to have it set

1    out?

2         *MR. URBANIAK:* Probably two weeks, your Honor, or

3    whatever -- What would you suggest?  Sorry.

4         *THE COURT:* Mr. Eichner?

5         *MR. EICHNER:* I would say after the 16th of November.

6         *THE COURT:* All right.  Yes.  Do you want to say

7    something?

8         *THE PROBATION OFFICER:* No.

9         *THE COURT:* All right.  Then let's see what date we

10   might have available for a one-hour hearing, Ms. Nelson, after

11   the middle of November.  We have a very tight trial schedule in

12   December, I will alert you.

13        *THE COURTROOM DEPUTY:* So you said after the 16th of

14   November?

15        *MR. EICHNER:* Yes, ma'am.

16        *THE COURTROOM DEPUTY:* We could do it at 8:00 on the

17   16th.

18        *MR. EICHNER:* It has to be after the 16th.

19        *THE COURTROOM DEPUTY:* Oh, after the 16th.  Okay.  We

20   could do it 8:00 on the 17th.

21        *MR. EICHNER:* That's fine with me, if it's fine with

22   the Government and the Court.

23        *MR. URBANIAK:* It's fine with the Government, your

24   Honor.  Thank you.

25        *THE COURT:* All right.  Then we will set this matter

1    for 8:00 a.m. on November 17, 2004.  And we'll stand in recess

2    until that time.

3         (Recess at 8:10 a.m.)

4                           *   *   *   *   *

5                      **REPORTER'S CERTIFICATE**

6         I certify that the foregoing is a correct transcript from

7    the record of proceedings in the above-entitled matter.  Dated

8    at Denver, Colorado, this 23rd day of May, 2008.

9

10                                    *S/Paul A. Zuckerman*
                                     Paul A. Zuckerman
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25