UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00023-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SCOTT LEE KIMBALL,

       Defendant.

## ORDER GRANTING MOTION TO UNSEAL

THIS MATTER comes before the Court on the Motion of *The Daily Camera* and CBS Broadcasting, Inc. to Unseal Certain Documents and Transcripts (Motion) **(#82)**, responses **(#85) (#86)**, and reply **(#88)**. The Court FINDS that the Government has no objection to unsealing of the requested records and Mr. Kimball has shown no private interest that outweighs the public's right to review the records. Accordingly,

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the Clerk shall forthwith unseal the documents at docket entries **8, 9, 11, 12, 14, 15, 67, 68, 69, 70, 71, 72** and **73**.

DATED this 19th day of April, 2010.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge